UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANNE ANDRULOT, LESLEE
CAMERON, AND KRISTY TOLSON,

       Plaintiffs       CASE NO. 5:11-cv-00075-RS-GRJ

vs.

LUKEN COMMUNICATIONS, LLC,
EQUITY MEDIA HOLDINGS
CORPORATION, EQUITY
BROADCASTING CORPORATION,
RETRO PROGRAMMING SERVICES,
INC., RETRO TELEVISION NETWORKS,
INC., NIA BROADCASTING, LLC, and
CENTRAL ARKANSAS PAYROLL CO.

       Defendants

## AFFIDAVIT OF NEAL ARDMAN

STATE OF TENNESSEE  )
                               )
COUNTY OF HAMILTON  )

    BEFORE ME, this day personally appeared Neal Ardman, who being duly sworn, deposes and says that the following information is true and correct to his best knowledge and belief:

    1.    My name is Neal Irvin Ardman. I am over the age of 18. I make this Affidavit based on personal knowledge.

    2.    My business address is 735 Broad Street, Suite 304, Chattanooga, Tennessee 37402.

    3.    NIA BROADCASTING, LLC is a named Defendant in this cause of action.

    4.    I founded NIA BROADCASTING, LLC in Arkansas and was the Managing

Member of NIA BROADCASTING, LLC throughout its existence. NIA BROADCASTING, LLC is no longer an active business entity.

5. As Managing Member of NIA BROADCASTING, LLC, I personally oversaw all operations of NIA BROADCASTING, LLC, including but not limited to employment matters.

6. During its existence, the maximum number of employees employed by NIA BROADCASTING, LLC on any working day was six (6) employees, including myself.

7. Further Affiant sayeth naught.

_____
NEAL IRVIN ARDMAN

The foregoing instrument was acknowledged before me this _23_ day of May, 2011, by _NEAL ARDMAN_, who is personally known to me or who has produced ____ as identification.

Dated this _23_ day of _May 2011_

NOTARY PUBLIC:

sign _Susan A. Crocker_
print/type name _Susan A. Crocker_

My Commission Expires: _10/7/12_

[Notary Seal: SUSAN A. CROCKER, STATE OF TENNESSEE, NOTARY PUBLIC, HAMILTON COUNTY]