IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANNE ANDRULOT; LESLEE
CAMERON; and KRISTY TOLSON,

    Plaintiffs,

vs.                                    CASE NO. 5:11cv75/RS-GRJ

LUKEN COMMUNICATIONS, LLC;
EQUITY MEDIA HOLDINGS CORPORATION;
EQUITY BROADCASTING CORPORATION;
RETRO PROGRAMMING SERVICES,
INC.; RETRO TELEVISION NETWORKS,
INC.; NIA BROADCASTING, LLC; and
CENTRAL ARKANSAS PAYROLL CO.,

    Defendants.
_____/

## ORDER

Defendant NIA Broadcasting, LLC's Motion For Summary Judgment (Doc. 27) is denied without prejudice.

**ORDERED** on July 14, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**